AO 121 (6/90)

05cv10565

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORP.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and BMG MUSIC | DEFENDANT<br>DOES 1 - 2 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 — Upon initiation of action, mail this copy to Register of Copyrights.

**Exhibit A**

# Doe #1 (168.122.192.97 2005-02-01 20:47:57 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Outkast | Rosa Parks | Aquemini | 264-092 |
| Sony BMG Music Entertainment | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| Sony BMG Music Entertainment | Nas | Album Intro | It Was Written | 220-016 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | My Friends | One Hot Minute | 243-059 |
| Interscope Records | Dr. Dre | Ackrite | 2001 | 277-983 |
| Sony BMG Music Entertainment | Nas | Nastradamus | Nastradamus | 276-132 |
| UMG Recordings, Inc. | Redman | Da Goodness | Docs Da Name 2000 | 263-689 |

# Exhibit A

## Doe #2 (168.122.252.124 2005-02-02 07:04:55 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | George Michael | Freedom | Listen Without Prejudice, Vol. 1 | 133-600 |
| Atlantic Recording Corporation | Jewel | Jupiter | Spirit | 261-953 |
| Virgin Records America, Inc. | Ben Harper | Excuse Me Mr. | Fight For Your Mind | 210-135 |
| Interscope Records | Eve | Gotta Man | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| Sony BMG Music Entertainment | Maxwell | Know These Things:Shouldn't You | Embrya | 263-940 |
| BMG Music | David Gray | My Oh My | White Ladder | 297-324 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |
| Virgin Records America, Inc. | Ben Harper | Please Me Like You Want To | Fight For Your Mind | 210-135 |
| Interscope Records | Enrique Iglesias | Be With You | Enrique | 214-257 |
| Arista Records LLC | TLC | I'm Good At Being Bad | Fanmail | 298-454 |